*Marian F. Harrison*
US Bankruptcy Judge

Dated: 2/28/2017

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

RE: )
)  CHAPTER:  7
DAINON TARQUINIUS SIDNEY )  CASE NO.:  16-05506
SSN: XXX-XX-7845 )  JUDGE:  HARRISON
605 LAKEMEADE POINTE )
OLD HICKORY, TN 37138 )
)
   Debtor. )

### ORDER CONTINUING HEARING ON THE OBJECTION TO THE DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE UNTIL MARCH 7, 2017

THIS MATTER CAME BEFORE THE COURT on February 21, 2017, upon the Objection to the Debtor's Motion to Reopen Chapter 7 Case, and the appearance of counsel for all parties in open court. At the call of the docket the parties announced an agreement to continue this matter until March 7, 2017, at 9:00 a.m. in Courtroom 3, Customs House, 701 Broadway, Nashville, Tennessee.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.