IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| RE: | ) | | |
| | ) | CHAPTER: | 7 |
| DAINON TARQUINIUS SIDNEY | ) | CASE NO.: | 16-05506 |
| SSN: XXX-XX-7845 | ) | JUDGE: | HARRISON |
| 605 LAKEMEADE POINTE | ) | | |
| OLD HICKORY, TN 37138 | ) | | |
| | ) | | |
| Debtor. | ) | | |

**ORDER STRIKING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

THIS MATTER CAME BEFORE THE COURT on March 7, 2017, upon the Objection to the Debtor's Motion to Reopen Chapter 7 Case. Good cause having been shown, it is hereby ORDERED that the Debtor's Motion to Reopen Chapter 7 Case shall be STRICKEN.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com