*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 3/23/2017

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| RE: | ) | |
|---|---|---|
| | ) | CHAPTER: 7 |
| DAINON TARQUINIUS SIDNEY | ) | CASE NO.: 16-05506 |
| SSN: XXX-XX-7845 | ) | JUDGE: HARRISON |
| 605 LAKEMEADE POINTE | ) | |
| OLD HICKORY, TN 37138 | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER STRIKING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

THIS MATTER CAME BEFORE THE COURT on March 7, 2017, upon the Objection to the Debtor's Motion to Reopen Chapter 7 Case. Good cause having been shown, it is hereby ORDERED that the Debtor's Motion to Reopen Chapter 7 Case shall be STRICKEN.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.